

**VU.S.A. LAW OFFICES, APC**
**MICHAEL CHINH VU**, SBN 178148
142 EAST MISSION STREET
SAN JOSE, CA 95112
TELEPHONE: (408) 288-7400
FACSIMILE: (408) 288-7798
EMAIL: MICHAELVU@VUSALAW.COM

**Attorney for Defendant**
**ANTHONY NGUYEN**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>**ANTHONY NGUYEN,**<br><br>　　　　　Debtor.<br>_____<br><br>**JASON BARNES,**<br><br>　　　　　Plaintiff<br>Versus<br><br>**ANTHONY NGUYEN,**<br>　　　　　Defendant<br>_____ | **CASE NO. 17-51644-MEH**<br>**Chapter 7**<br>**Judge: M. Elaine Hammond**<br><br><br><br>Adversary No. 18-05013<br><br><br>DEFENDANT'S INITIAL DISCLOSURE |

<u>**DEFENDANT'S INITIAL DISCLOSURE**</u>

Defendant ANTHONY NGUYEN, hereinafter referred to as "Defendant", through and by his attorney of record Michael Chinh Vu for VU.S.A. LAW OFFICES, APC, hereby submits his Initial Disclosure, pursuant to Federal Rule of Civil Procedure 26(a)(1), made

applicable to Bankruptcy Proceedings by Federal Rule of Bankruptcy Procedure 7026, as follows:

**FRCP 26(a)(1)(A)-Name and Address of People with Discoverable Information:**

1. Plaintiff Jason Barnes. 2706 Benton Street, Santa Clara, CA 95051.

2. Defendant Anthony Hoan Cao Nguyen, c/o VU.S.A. LAW OFFICES, APC, 142 East Mission Street, San Jose, CA 95112.

3. Viktoria Le, address unknown to Defendant at this time.

**FRCP 26(a)(1)(B)-Documents in Defendant's Possession, Custody or Control:**

Defendant has provided Plaintiff with the following information:

1. Copies of Defendant's credit card statements. Duplicates are retained by Defendant's attorney Michael Chinh Vu of VU.S.A. LAW OFFICES, 142 East Mission Street, San Jose, CA 95112.

2. Copies of Defendant's bank statements. Duplicates are retained by Defendant's attorney Michael Chinh Vu of VU.S.A. LAW OFFICES, 142 East Mission Street, San Jose, CA 95112.

3. Copies of Defendant's 2016 tax returns. Duplicates are retained by Defendant's attorney Michael Chinh Vu of VU.S.A. LAW OFFICES, 142 East Mission Street, San Jose, CA 95112.

4. A set of copies of Defendant's bankruptcy files. Duplicates are retained by Defendant's attorney Michael Chinh Vu of VU.S.A. LAW OFFICES, 142 East Mission Street, San Jose, CA 95112.

**FRCP 26(a)(1)(C)-Computation of Damages Claimed:**

Plaintiff claims that the loans made to Defendant is non-dischargeable alleging hidden assets and fraud.

**FRCP 26(a)(1)(D)-Insurance Agreement:**

Not applicable.

Respectfully submitted,

**VU.S.A. LAW OFFICES, APC**

DATED: May 16, 2018

/s/ Michael Chinh Vu
MICHAEL CHINH VU
Attorney for Defendant ANTHONY NGUYEN