

**VU.S.A. LAW OFFICES, APC**
**MICHAEL CHINH VU**, SBN 178148
142 EAST MISSION STREET
SAN JOSE, CA 95112
TELEPHONE: (408) 288-7400
FACSIMILE: (408) 288-7798
EMAIL: MICHAELVU@VUSALAW.COM

Debtor: Anthony Nguyen
Chapter 7, Case No.: 17-51644-MEH

Adversary Case No.: 18-05013

## CERTIFICATE OF SERVICE

      I am a resident of the County aforesaid, and that I am over 18 years of age and not a party to the within entitled action. My business address is 142 East Mission Street, San Jose, CA 95112.

      I served the within: Defendant's Initial Disclosure

in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail address as follows:

U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113-3004

Mr. Jason Barnes
2706 Benon Street
Santa Clara, CA 95051

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on May 16, 2018

                                      /s/ Andre Quang vu
                                      Andre Quang Vu
                                      Legal Assistant

1