The following constitutes
the order of the court. Signed June 5, 2018

*M. Elaine Hammond*
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ANTHONY CAO HOAN NGUYEN,<br><br>                    Debtor(s). | Case No. 17-51644 MEH<br><br>Chapter 7 |
| JASON BARNES,<br>                    Plaintiff.<br>v.<br>ANTHONY NGUYEN,<br>                  Defendant. | Adv. No. 18-5013 AH<br><br>Date: 07/02/18<br>Time: 10:00 a.m.<br>Ctrm: 3020 |

<u>ORDER TO SHOW CAUSE RE DISMISSAL</u>

    Plaintiff in the above-captioned adversary proceeding is hereby ordered to show cause, if any, at the above-mentioned date, time and courtroom, why this adversary proceeding should not be dismissed for failure to prosecute the complaint based on plaintiff's non-appearance at the initial status conference.

1

1    To avoid dismissal, plaintiff must: (a) file with the court and serve on each other party,
2    a response no later than June 25, 2018; and (b) appear at the hearing.
3    The hearing date will be vacated, and this adversary proceeding may be dismissed,
4    without further notice, if a timely response to this order is not filed and served.  If a response is
5    filed, and the responding party fails to appear at the hearing, this adversary proceeding may be
6    dismissed, without further notice.
7    Parties that do not oppose dismissal, and parties that are not served with a written
8    response to this order, need not attend the hearing.

**END OF ORDER**

# COURT SERVICE LIST

Jason Barnes
2706 Benton St.
Santa Clara, CA 95051

Anthony Nguyen
1891 Via Cinco De Mayo
San Jose, CA 95132

ECF Participants